IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NORTHERN HEALTH FACILITIES,
d/b/a TREMONT HEALTH AND
REHABILITATION CENTER,

    Plaintiff,

v.

FAITH BATZ, Individually and as
Administratrix of the Estate of
John Batz, Deceased,

    Defendant.

3:13-CV-01117
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 23RD DAY OF JANUARY, 2014**, in accordance with the Court's Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion to Compel Arbitration (Doc. 2) is **GRANTED IN PART AND DENIED IN PART**, to wit:

   a. The Motion is **GRANTED** as to the Survival Action Claims (Counts II and IV).

   b. The Motion is **DENIED** as to the Wrongful Death Claims (Counts I and III).

2. The state-court action is **STAYED** and arbitration is **COMPELLED** as to the Survival Action claims.

3. The Clerk of Court is **DIRECTED** to close the case.

_____
Robert D. Mariani
United States District Judge